**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| RAMZEY DANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 21-2272 |
| | ) | |
| | ) | Judge |
| CITY OF BURBANK, and BURBANK POLICE OFFICER M. VASQUEZ, Star #115, | ) | |
| | ) | |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## COMPLAINT

NOW COMES Plaintiff, RAMZEY DANA, by and through counsel, Jared S. Kosoglad, P.C., complaining of the Defendants, the CITY OF BURBANK, and BURBANK POLICE OFFICER M. VASQUEZ, Star #115, states as follows:

## INTRODUCTION

1. This is a civil action seeking damages against defendants for committing acts under color of law that deprived Plaintiff of rights secured by the Constitution and laws of the United States.

## JURISDICTION

2. The jurisdiction of this Court is invoked pursuant to the judicial code 28 U.S.C. § 1331 and 1343 (a); the Constitution of the United States; and pendent jurisdiction as provided under 28 U.S.C. § 1367(a).

## PARTIES

3. PLAINTIFF RAMZEY DANA is a citizen of the United States of America, who currently resides in Bellwood, Illinois of Cook County.

4. DEFENDANT BUBANK POLICE OFFICER M. VASQUEZ, Star #115, was at the time of this occurrence, a duly licensed police officer with the Burbank Police Department. At all times relevant to this Complaint, Defendant acted under color of law and within the scope of his employment with the Burbank Police Department and City of Burbank. He is sued in his individual capacity.
5. DEFENDANT CITY OF BURBANK is a municipal corporation under the laws of the State of Illinois and is the employer of Defendant Vasquez.

**FACTUAL ALLEGATIONS**

6. On February 6, 2020, Plaintiff was arrested by Defendant Vasquez in Burbank Illinois.
7. During Plaintiff's arrest, Defendant Vasquez used unnecessary and excessive force causing Plaintiff to suffer from a broken rib.
8. As a direct and proximate cause of the unlawful conduct of Defendant Vasquez, Plaintiff suffered damages, including but not limited to physical pain and suffering, medical treatment, physical injuries, emotional distress, and loss of his constitutional rights and his dignity.

**Count I: Fourth Amendment- Excessive Force**
**Against Defendant Vasquez**

9. Plaintiff adopts and re-alleges the above paragraphs as though fully set forth herein.
10. As described in the preceding paragraphs, the conduct of Defendant Vasquez, acting under the color of law, constituted excessive force in violation of the Fourth Amendment to the United States Constitution, and 42 U.S.C., Section 1983.
11. The misconduct described in this count was objectively unreasonable and was undertaken intentionally with willful indifference to Plaintiff's constitutional rights.

12. As a proximate result of the above-detailed actions of Defendant Vasquez, Plaintiff was injured, including pain, injury, mental suffering, anguish and humiliation, and fear.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory damages, punitive damages, the costs of this action and attorneys' fees, and any such other and further relief as this Court deems equitable and just.

**COUNT II: 745 ILCS 10/9-102 – Indemnification**
**Against Defendant City of Burbank**

13. Plaintiff adopts and re-alleges the above paragraphs as though fully set forth herein.
14. Defendant City of Burbank is the employer of Defendant Vasquez.
15. Defendant Vasquez committed the acts alleged above under color of law and in the scope of his employment as an employee of the City of Burbank.

WHEREFORE, should any Defendant be found liable on one or more of the claims set forth above, Plaintiff demands that, pursuant to 745 ILCS 10/9-102, the Defendant City Of Burbank be found liable for any judgment plaintiff obtains against said defendant, as well as attorneys fees and costs awarded.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

Respectfully Submitted,

RAMZEY DANA

By: /s/ Jared Kosoglad____
Plaintiff's Attorney
Jared S. Kosoglad, P.C.
223 W. Jackson, Suite 200
Chicago, IL 60606
T: 312-513-6000
E: jared@jaredlaw.com